

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-14-00823-CV

**IN RE** Olga Hachar **LAVAUDE**, Guadalupe Hachar Didieu, George L. Hachar Jr.,
Richard M. Hachar, Christina H. Saldana, Yvonne S. LaVaude, and Louis P. LaVaude

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Karen Angelini, Justice
               Sandee Bryan Marion, Justice
               Luz Elena D. Chapa, Justice

Delivered and Filed:  December 10, 2014

PETITION FOR WRIT OF MANDAMUS DENIED

On November 25, 2014, relators filed a petition for writ of mandamus complaining of the trial court's denial of a motion to dismiss for lack of jurisdiction. The court has considered relators' petition for writ of mandamus and is of the opinion that relators are not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2010-CI-18274, styled *George L. Hachar Sr., Individually and On Behalf of the George L. Hachar Trust v. Falcon International Bank and Verde Corp.*, pending in the 285th Judicial District Court, Bexar County, Texas, the Honorable Richard Price presiding.